CHARLES KOPOLOV, Appellant, v. BROADWAY PARK CORPORATION, Respondent.

— Motion for stay pending appeal denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger JJ.